IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10594
Summary Calendar

_____

JOHN ALBERT ESTRADA, SR.,

Plaintiff-Appellant,

versus

DAN MORALES, Attorney General;
JOHN SCHATTE, Probation Officer,
Travis County; JANICE BROWN, Supervisor,
Travis County Probation; JIM RUST,
Director Travis County Probation;
DANA DE BEAUVOIR, Travis County Clerk;
VIVIAN LEWIS HEINE, Doctor;
MATTHEW FERRARA, Doctor; MARK TOLLE,
Judge; GENE BENAVIDEZ, Court Probation
Officer; LISA FOX, Assistant District
Attorney, Dallas County; JOHN GRAU,
Assistant District Attorney, Dallas County;
MICHAEL MORROW, Public Defender;
ALFRED CAMPOS, JR., Attorney; JOHN VANCE,
District Attorney, Dallas County;
EARL BULLOCK, Dallas County Clerk,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CV-566-R
- - - - - - - - - -

February 15, 1999

Before KING, Chief Judge, POLITZ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

John Albert Estrada, Sr., Texas prisoner # 744108, appeals the dismissal of his civil rights suit pursuant to 28 U.S.C. § 1915A.  Estrada contends that the district court failed to address his 42 U.S.C. § 1981 and § 1985 claims against the defendants; his claims are not barred by Heck v. Humphrey, 512 U.S. 477 (1994), because the reversal of the revocation of supervision with respect to the sexual assault offense effectively invalidated the revocation of supervision relating to the aggravated sexual assault offense; and the judge, the prosecutors, and his defense counsel conspired to revoke his community supervision even though they knew that he had not violated the terms of his release.  We have reviewed the record and Estrada's brief and AFFIRM the district court's dismissal for essentially the same reasons adopted by the district court. Estrada v. Morales, No. 3:98-CV-566-R (N.D. Tex. May 13, 1998).

All outstanding motions are DENIED.

AFFIRMED.  MOTIONS DENIED.